UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: KASTEN, Rebecca A.

Case No.: 18-35150
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

__John Michael McDonnell__, __Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
United States Bankruptcy Court Clerk
401 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __2/26/2019__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
315 Casino Drive
Howell, NJ 07731

Value - $230,000

Liens on property: $226,000

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John Michael McDonnell, Trustee
Address: 115 Maple Avenue, Red Bank, New Jersey 07701
Telephone No.: 732-383-7233

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-35150-CMG
Rebecca A. Kasten                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jan 25, 2019
                              Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db           +Rebecca A. Kasten,    315 Casino Drive,    Farmingdale, NJ 07727-3571
517939847    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: AAA Financial Services,    PO Box 15019,    Wilmington, DE 19886)
517939851    +CentraState Medical Center,    901 West Main St,   Freehold, NJ 07728-2549
517939857    +Great Lakes Higher Education,    PO Box 7860,   Madison, WI 53707-7860
517939858    +Michael A. Kasten,    315 Casino Dr,   Farmingdale, NJ 07727-3571
517939860    +Quicken Loans Inc,    PO Box 6577,   Carol Stream, IL 60197-6577
517939863    +Santander Bank,    PO Box 16255,   Reading, PA 19612-6255

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 26 2019 00:10:06      U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 26 2019 00:10:02      United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517939852    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:43      Comenity Bank,
               PO Box 182125,   Columbus, OH 43218-2125
517939853    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:43
               Comenity Bank-My BJ's Perks Mastercard,    PO Box 659834,   San Antonio, TX 78265-9134
517939854    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 26 2019 00:09:44      Comenity Capital Bank,
               PO Box 183043,   Columbus, OH 43218-3043
517939855    +E-mail/Text: mrdiscen@discover.com Jan 26 2019 00:09:05      Discover Bank,   PO Box 71084,
               Charlotte, NC 28272-1084
517939856    +E-mail/Text: mrdiscen@discover.com Jan 26 2019 00:09:05      Discover Card,   PO Box 71084,
               Charlotte, NC 28272-1084
517939861    +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:07:30      Sam's Club/Syncb,   PO Box 530942,
               Atlanta, GA 30353-0942
517939862    +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:06:57      Sam's Club/Synchrony Bank,
               PO Box 960013,   Orlando, FL 32896-0013
517942720    +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:06:58      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517939864    +E-mail/PDF: gecsedi@recoverycorp.com Jan 26 2019 00:06:58      Synchrony Bank,   PO Box 965060,
               Orlando, FL 32896-5060
517939865    +E-mail/Text: taxcollections@twp.howell.nj.us Jan 26 2019 00:11:03      Township of Howell,
               PO Box 580,   Howell, NJ 07731-0580
                                                                                             TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517939848*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: AAA Financial Services,    PO Box 982234,    El Paso, TX 79998)
517939849*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 15019,    Wilmington, DE 19886)
517939850*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982234,    El Paso, TX 79998)
517939859*   +Michael A. Kasten,    315 Casino Drive,    Farmingdale, NJ 07727-3571
517939846    ##+A-1 Collections Service,    101 Grovers Mill Rd 303,   Lawrenceville, NJ 08648-4706
                                                                                   TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                            Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                 Page 2 of 2                   Date Rcvd: Jan 25, 2019
                              Form ID: pdf905             Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2019 at the address(es) listed below:
          John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com
          John Michael McDonnell    jmcdonnell@mchfirm.com
          Joseph I. Windman    on behalf of Debtor Rebecca A. Kasten jwindman@aol.com
          Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```