UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                  Case No.  18-35150-CMG

Debtor         Rebecca A. Kasten          Chapter   7

## NOTICE OF TELEPHONIC HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Christine M. Gravelle, United States Bankruptcy Judge.

SUBJECT OF HEARING: Reaffirmation Agreement between Debtor and

Quicken Loans Inc.

LOCATION OF HEARING:   United States Courthouse
402 East State Street
Courtroom No. 3
Trenton, New Jersey 08608

DATE AND TIME:    March 12, 2019 at 12:00 pm

THE DEBTOR(S) MAY CONTACT THE  COURT AT (609)858-9370  WITHIN 5 DAYS OF THE HEARING DATE TO APPEAR BY PHONE OR REQUEST A MORE  CONVENIENT TIME

**NOTICE**
**REAFFIRMATION AGREEMENT - FORM B2400A**

The Director of the Administrative Office of the United States Courts has published a

recommended form of reaffirmation agreement, Form  B2400A .  This reaffirmation agreement form

is available on this court's website at www.njb.uscourts.gov.   Click on forms, then National

Forms.

If you have not already done so, please file a substitute reaffirmation agreement using Form B2400A

prior to the hearing.

JEANNE A. NAUGHTON, CLERK

Bruce W. Jackson
By Deputy Clerk

I hereby certify that  I mailed a copy of the above notice to each of
the following:  Debtor, Attorney for debtor ( if any), Creditor, and Attorney for creditor (if any)
Bruce W. Jackson
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-35150-CMG
Rebecca A. Kasten                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Feb 15, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db             +Rebecca A. Kasten,   315 Casino Drive,   Farmingdale, NJ 07727-3571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 15, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com,
       jcohen@mchfirm.com,NJ95@ecfcbis.com
      John Michael McDonnell     jmcdonnell@mchfirm.com,   jcohen@mchfirm.com,NJ95@ecfcbis.com
      Joseph I. Windman    on behalf of Debtor Rebecca A. Kasten jwindman@aol.com
      Loren L. Speziale    on behalf of Creditor   Santander Bank, N.A. lspeziale@grossmcginley.com,
       jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com
      Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                     TOTAL: 7