UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  :  Case no.: _____18-35150_____
Rebecca A. Kasten  :
 :  Chapter: _____7_____
 :
 :  Judge: _____Gravelle_____
Debtor(s)  :
 :

**CERTIFICATION OF NO OBJECTION**

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):
315 Casino Drive, Howell, NJ 07731.

JEANNE A. NAUGHTON, Clerk

Date: 2/22/2019  By: Gary A. Nau

*rev.2/10/17*