Order Filed on March 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 18-35150-CMG |
| Rebecca A. Kasten | Chapter: 7 |
| | Hearing Date: 3/12/19 |
| | Judge: Gravelle |

# ORDER DISAPPROVING REAFFIRMATION AGREEMENT

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 12, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The reaffirmation agreement between the debtor(s) and _____Quicken Loans Inc._____ is NOT APPROVED.

However, the Court finds and concludes that the debtor(s) has fully complied with the deadlines of 11 U.S.C. § 521(a)(2), 521(a)(6) and 362(h). Accordingly, the creditor must seek further order of this Court to exercise any remedies under the subject installment loan agreement with respect to any pre-petition non-monetary defaults thereunder.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:  
Rebecca A. Kasten  
    Debtor

Case No. 18-35150-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 12, 2019  
                   Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2019.  
db          +Rebecca A. Kasten,    315 Casino Drive,    Farmingdale, NJ 07727-3571

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2019 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         John Michael McDonnell    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com, jcohen@mchfirm.com,NJ95@ecfcbis.com  
         John Michael McDonnell    jmcdonnell@mchfirm.com,    jcohen@mchfirm.com,NJ95@ecfcbis.com  
         Joseph I. Windman    on behalf of Debtor Rebecca A. Kasten jwindman@aol.com  
         Loren L. Speziale    on behalf of Creditor    Santander Bank, N.A. lspeziale@grossmcginley.com, jkacsur@grossmcginley.com;ehutchinson@grossmcginley.com  
         Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                               TOTAL: 7